IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**SHAMAR BRADLEY**                                                                              **PLAINTIFF**

**VS.**                                                           **CAUSE NO. 3:21CV212-MPM-RP**
**Consolidated with**
**CAUSE NO. 3:21CV213-MPM-RP**

**STATE OF MISSISSIPPI, COUNTY OF LAFAYETTE,**
**and CITY OF OXFORD**                                               **DEFENDANTS**

# JUDGMENT

For the reasons given in this court's order entered this date, it is hereby ordered and adjudged that this case is dismissed.

This, the 3rd day of August, 2022.

                                                             /s/ Michael P. Mills
                                                             UNITED STATES DISTRICT JUDGE
                                                            NORTHERN DISTRICT OF MISSISSIPPI